James K. Schultz, Esq. (SBN 309945)
Kenneth A. Ohashi, Esq. (SBN 230440)
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334-0661
jschultz@sessions.legal
kohashi@sessions.legal

Attorneys for Jefferson Capital Systems, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SCHULTZ, | Case No.: 2:24-CV-03370-JAM-SCR |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| JEFFERSON CAPITAL SYSTEMS, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Keith Schultz, and Defendant, Jefferson Capital Systems, LLC, hereby stipulate to the dismissal of the above-styled case with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully Submitted,

/s/ *Ely Grinvald*                                  /s/ *Kenneth A. Ohashi*
*(By express permission)*                        Kenneth A. Ohashi
Ely Grinvald                                         SESSIONS, ISRAEL & SHARTLE, L.L.P.

| | |
|---|---|
| *Attorney for Plaintiff,*<br>*Keith Schultz* | *Attorney for Defendant,*<br>*Jefferson Capital Systems, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of California and served via CM/ECF upon the following:

Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 60064
Telephone: (213) 616-8172
Email: grinvaldely@gmail.com

                                                        */s/ Kenneth A. Ohashi*
                                                        Kenneth A. Ohashi
                                                        *Attorney for Defendant,*
                                                        *Jefferson Capital Systems, LLC*

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the Stipulation of the parties, Plaintiff, Keith Schultz, and Defendant, Jefferson Capital Systems, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is **DISMISSED with prejudice** with each party to bear its own costs and attorneys' fees.

Dated: March 12, 2025        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE